

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00332-CV

KATRINA AHRENS,

                                          **Appellant**

 v.

DALLAS POLICE ASSOCIATION, DPA'S
ASSIST THE OFFICER FOUNDATION, INC.,
FREDERICK FRAZIER, CITY OF DALLAS,
AND ZAC PRODUCTS II, LLC,

                                        **Appellees**

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. DC-C201700365**

**and**

### No. 10-18-00207-CV

## IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.

**Original Proceeding**

# O R D E R

The trial court judge in these proceedings recused himself on June 1, 2018. The

Court has not been informed whether a new trial court judge has been appointed to hear the underlying case. Accordingly, the Court requests a status report from the parties, which shall be filed with the Clerk of this Court no later than 7 days from the date of this order, informing the Court whether a new trial court judge has been appointed to hear the underlying case and if so, the name of that judge.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Report requested
Order issued and filed August 1, 2018

